UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUILLERMO JOSE
GRÜNBERGER REYNOSO,

    Plaintiff,

Case No. 21-cv-12556
Hon. Matthew F. Leitman

v.

RAND MUELLER and
GPSI, LLC,

    Defendants.

_____/

## ORDER REGARDING CONTINUED HEARING ON PLAINTIFF'S MOTION TO REMAND (ECF No. 6)

On June 30, 2022, at 9:00 a.m., the Court will hold a continued video hearing on Plaintiff Guillermo Jose Grünberger Reynoso's motion to remand this action to the Oakland County Circuit Court. (*See* Notice of Hearing, ECF No. 16.) At that hearing, counsel for both parties should be prepared to discuss, on a claim-by-claim basis, whether and how Reynoso's claims against Defendant GPSI, LLC in Counts III, V, and VIII, and IX of the Complaint are colorable given the allegations (or lack thereof) against GPSI.

At the continued hearing, the Court does not intend to hear argument regarding whether Reynoso's claims are colorable based on the release.  Instead, the parties should focus their arguments on whether the claims are colorable based solely on the allegations pleaded in the Complaint.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 16, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 16, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126