UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUILLERMO JOSE
GRÜNBERGER REYNOSO,

    Plaintiff,

Case No. 21-cv-12556
Hon. Matthew F. Leitman

v.

RAND MUELLER and
GPSI, LLC,

    Defendants.
_____/

### ORDER (1) DIRECTING PARTIES TO ATTEND FACILITATION, (2) ADJOURNING ALL DATES IN COURT'S SCHEDULING ORDER (ECF No. 24), AND (3) STAYING THE CASE

On December 7, 2022, the Court held a joint on-the-record status conference in both this action and in a related action, *GPSI Latinoamerica S. de R.L. de C.V. v. GPSI, LLC*, E.D. Mich. Case No. 21-10131.  As the Court explained on the record during the status conference, **IT IS HEREBY ORDERED** as follows:

- The parties in both actions are **DIRECTED** to attend a joint **in-person** facilitation to be conducted by attorney Thomas G. McNeill at his new mediation practice, Tom McNeill ADR, PLLC.  The parties shall jointly contact Mr. McNeill to schedule the facilitation for a time that is convenient for all parties.  Guillermo Jose Grünberger Reynoso, Rand Mueller, and Sam Spencer shall all attend the mediation **in person**, and the parties shall set aside

1

at least two consecutive full days for the mediation. Mr. McNeill's fees shall be paid as follows: One-third by GPSI Latinoamerica S. de R.L. de C.V. and Guillermo Jose Grünberger Reynoso, one-third by GPSI, LLC, and one-third by Rand Mueller; and

- In light of the facilitation, the Court (1) **ADJOURNS** all dates in the Court's Case Management and Scheduling Order (ECF No. 24) and (2) **STAYS** this case. If this action does not settle during the facilitation, the Court will re-open this action and issue a new Scheduling Order.

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: December 8, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 8, 2022, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126