UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUILLERMO JOSE
GRÜNBERGER REYNOSO,

 Plaintiff,          Case No. 21-cv-12556
                  Hon. Matthew F. Leitman
v.

RAND MUELLER and
GPSI, LLC,

 Defendants.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART**
**PLAINTIFF'S MOTION TO FOR SANCTIONS (ECF No. 27)**

On October 12, 2023, the Court held an in-person hearing Plaintiff Grunberger's Motion for Sanctions Against Defendant GPSI, LLC (ECF No. 27). For the reasons stated on the record during that hearing:

- Plaintiff Grunberger's Motion for Sanctions Against Defendant GPSI, LLC (ECF No. 27) is **GRANTED IN PART** and **DENIED IN PART AS MOOT**. The motion is granted to the extent it seeks an award of monetary sanctions. The Court will determine amount of the sanctions at hearing following the conclusion of all of the related proceedings involving these parties. The motion is denied as moot to the extent it seeks a dismissal of Case No. 21-10131. The Court has already ruled that Case No. 21-10131 should be

1

dismissed pursuant to a settlement agreement. The motion is denied on the merits to the extent that it seeks dismissal of this action or Civil Action No. 23-10501.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: October 19, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 19, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126