UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUILLERMO JOSE
GRÜNBERGER REYNOSO,

      Plaintiff,                          Case No. 21-cv-12556
                                            Hon. Matthew F. Leitman

v.

RAND MUELLER and
GPSI, LLC,

      Defendants.

_____/

**ORDER CONCERNING DISCOVERY DISPUTES/MOTIONS**

On April 12, 2024, the Court held an on the record status conference with counsel for all parties to address all pending discovery motions and objections to discovery orders.  For the reasons explained on the record during the conference,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.    For each now-pending discovery motion, counsel for the party (or parties) that filed the motion shall submit to all other parties a written proposal for resolving all issues raised in the motion.  These proposals shall be served on counsel for all other parties by not later than **April 19, 2024**.

2.      For the now-pending objection to discovery order pending before the Court, the party (or parties) that filed the objection shall submit to all other parties a written proposal for resolving all issues raised in the objections.  This proposal shall be served on counsel for all other parties by not later than **April 19, 2024**.

3.      Counsel for each party that receives a proposal identified above, shall respond to the proposal in writing with either an acceptance of the proposal or a counter-proposal.  These responses shall be served on counsel for all parties by not later than **April 26, 2024**.

4.      If the exchange of written proposals outlined above has not resolved all outstanding discovery motions and objections, then by not later than **May 10, 2024**, counsel for all parties shall meet in person, for not less than one hour, to further discuss the outstanding areas of disagreement and attempt to resolve same.

5.      The parties shall retain all exchanged proposals for future review by the Court.

6.      By not later than **May 15, 2024**, the parties shall file on the docket a statement identifying which discovery issues, if any, have been resolved and which issues, if any, remain open and in need of resolution by the Court.

7.      The parties are advised that the Court will carefully enforce the sanctions provisions in Rule 37 of the Federal Rules of Civil Procedure.

8.     If the parties continue to have the unusually-large number of discovery disputes that they have had to this point, the Court will convene in-person weekly discovery conferences with both counsel and clients.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 12, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 12, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126