UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUILLERMO JOSE
GRÜNBERGER REYNOSO,

      Plaintiff,                                  Case No. 21-cv-12556
                                              Hon. Matthew F. Leitman

v.

RAND MUELLER and GPSI, LLC,

      Defendants.

_____/

## ORDER ON STATUS CONFERENCE

On December 9, 2024, the Court held an on-the-record status conference. For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

1. If Plaintiff Guillermo Jose Grünberger Reynoso has not fully complied with Magistrate Judge Ivy's Order Granting in Part Motion for Sanctions (ECF No. 124, hereinafter, the "Order") **by January 20, 2025**, Defendant Rand Mueller may file a motion to compel production of the documents that Reynoso is required to produce under the Order. In the motion, Mueller shall specify (a) how Reynoso's production is insufficient to comply with the Order and (b) the steps that Mueller took before filing the motion to identify for Reynoso the shortcomings in his production. Mueller may also seek additional sanctions in his motion, up to and

1

including dismissal of Reynoso's claims. In the event Mueller files a motion to compel and/or for additional sanctions, Reynoso shall respond within thirty (30) days. In that response, Reynoso shall explain in detail how his production fully satisfies the requirements imposed by the Order. If and to the extent Reynoso contends that he has been unable to fully comply with the Order, he shall set forth in detail all of his efforts to achieve compliance and shall explain in detail why those efforts have been unsuccessful.

2. The parties shall schedule the completion of the deposition of Reynoso as soon as Reynoso produces the documents he is required to produce under the Order.

3. Within fourteen (14) days after the deposition of Reynoso is completed, each Defendant shall file on the docket a statement describing with particularity all of the remaining discovery it wishes to take. Reynoso may file any objections to this discovery statement within fourteen (14) days of its filing. The Court will review these filings and conduct a status conference to determine what additional discovery, if any, to permit.

**IT IS SO ORDERED**.

Dated: December 11, 2024

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 11, 2024, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan  
                                              Case Manager  
                                              (313) 234-5126