UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUILLERMO JOSE
GRÜNBERGER REYNOSO,

    Plaintiff,                                                   Case No. 21-cv-12556
                                                            Hon. Matthew F. Leitman
v.

RAND MUELLER, *et al.*,

    Defendants.
_____/

## ORDER EXTENDING DISCOVERY

On Tuesday, September 23, 2025, the Court held an on-the-record status conference. For the reasons stated on the record, **IT IS HEREBY ORDERED** that all parties may conduct discovery **until January 22, 2026.** All discovery requests must be served in a time frame such that responses would be due under the Federal Rules of Civil Procedure on or before the January 22, 2026, deadline. Under no circumstances will there be any extension of this deadline for either fact or expert discovery. The parties are to cooperate in scheduling depositions. In addition, the parties are directed that any written discovery requests shall be carefully tailored to avoid overbreadth, and the parties are instructed that all failures to provide/produce requested discovery and all objections to discovery will be closely scrutinized and will, if found to be unreasonable, result in the imposition of sanctions.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: September 23, 2025

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 23, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126