UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUILLERMO JOSE
GRÜNBERGER REYNOSO,

    Plaintiff,                                          Case No. 21-cv-12556
                                                          Hon. Matthew F. Leitman

v.

RAND MUELLER *et al.*,

    Defendants.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S THIRD MOTION TO COMPEL (ECF No. 145)

On January 23, 2026, the Court held an on-the-record status conference to discuss Plaintiff Guillermo Jose Grünberger Reynoso's currently-pending third motion to compel the production of documents. (*See* Mot., ECF No. 145.) For the reasons explained during the status conference, the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

- The motion is **GRANTED** to the extent that it seeks to compel Defendant Rand Mueller to identify, by bates number range, the previously-produced documents that Mueller contends are responsive to document requests 7, 10, 12, and 13. Mueller shall identify the bates ranges of those documents by no later than **February 13, 2026**.

1

- The motion is **DENIED** to the extent that it seeks to compel Mueller to produce documents responsive to document request 3.

- The motion is **DENIED** in all other respects.

**IT IS SO ORDERED**.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: January 23, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 23, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126